# In The

## *Court of Appeals*

## *Ninth District of Texas at Beaumont*

_____

### NO. 09-19-00286-CV
_____

**PATRICIA HAYES DONALSON, INDEPENDENT EXECUTRIX OF THE ESTATE OF GEORGE E. HAYES, Appellant**

**V.**

**JERRY HARRINGTON, INDIVIDUALLY AND AS INDEPENDENT EXECUTOR OF THE ESTATE OF BETTY JO HAYES, Appellee**

_____

**On Appeal from the County Court at Law No. 1**
**Jefferson County, Texas**
**Trial Cause No. 117707**
_____

### ORDER

Thomas Amidee Morgan, Independent Executor of the Estate of Jerry Harrington, Sr., Appellee, filed an agreed motion to appoint him as successor Independent Executor of the Estate of Betty Jo Hayes, Deceased. The Movant alleges that Jerry Harrington Sr., the Independent Executor of the Estate of Betty Jo Hayes, has died, that he has been appointed as Independent Executor of the Estate of Jerry Harrington Sr., and he is not disqualified to serve as Independent

1

Administrator. A court with original probate jurisdiction may appoint a successor representative. *See* Tex. Est. Code Ann. §§ 22.007, 361.102.

It is, therefore, ORDERED that the appeal is abated and the case is remanded to the trial court for appointment of a successor Independent Executor of the Estate of Betty Jo Hayes. A supplemental reporter's record of any hearings on the motion to appoint a successor representative, together with a supplemental clerk's record containing any orders and findings of the trial court, shall be filed with the Court of Appeals by October 19, 2020. The appeal will be reinstated without further Order of this Court when the supplemental records are filed. All appellate timetables are suspended while the case is before the trial court.

ORDER ENTERED September 18, 2020.

PER CURIAM

Before Kreger, Horton and Johnson, JJ.